# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

COREY LOUIS HINES,           )
                             )
    Petitioner,              )
                             )
v.                           )    No. 4:10-CV-1825-SNLJ
                             )
LISA J.W. HOLLINGWORTH,      )
                             )
    Respondent.              )

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that he has not been appointed counsel or arraigned in a state matter that has never been filed or issued a cause number. He asks this Court to dismiss the state action with prejudice, but at the same time, he claims that the state failed "to commence action [sic] with complaint."

At the outset, the Court notes that petitioner is currently serving a federal sentence for other charges and is imprisoned in USP Marion. District courts have jurisdiction to entertain petitions for habeas relief only from persons who are "*in custody* in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3) (emphasis added). The custody requirement is fulfilled when a petitioner is in custody "under the conviction or sentence under attack at the time his petition is filed." Maleng v. Cook, 490 U.S. 488, 490-91 (1989). Because petitioner

Corey Louis Hines is not presently in custody under a state-court conviction or sentence, or charges filed in state court, the custody requirement is not met. <u>Id.</u> As a result, this Court does not have jurisdiction over the instant petition, and the Court will dismiss it. <u>See</u> Fed. R. Civ. P. 12(h)(3); Rule 4 of the Rules Governing § 2254 Cases.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

A separate Order of Dismissal will be filed with this Memorandum and Order.

Dated this  15th   day of October, 2010.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE